1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALDEZ PAINTING, INC., a California Corporation, *aka* VALDEZ PAINTING; and VAUGHN GINO VALDEZ, individually,<br><br>Defendants. | Case No: C10-1931 CRB<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
|---|---|

19     PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs BAY AREA

20  PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without

21  prejudice, their claim against Defendants VALDEZ PAINTING, INC., a California Corporation,

22  *aka* VALDEZ PAINTING; and VAUGHN GINO VALDEZ, individually.  Defendants have

23  neither served an answer nor moved for summary judgment, and Plaintiffs have not previously

24  filed or dismissed any similar action against Defendants.

25  ///

26  ///

27  ///

28  ///

It is therefore requested that this action be dismissed without prejudice.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 14th day of June, 2011, at San Francisco, California.

                SALTZMAN & JOHNSON
                LAW CORPORATION


By:  /S/Michele R. Stafford
      Michele R. Stafford
      Attorneys for Plaintiffs

## ORDER

Based on the foregoing and GOOD CAUSE APPEARING, this action is dismissed, without prejudice, and all dates in this matter are hereby vacated. The court shall retain jurisdiction of the action.

IT IS SO ORDERED.

Dated:  June 15, 2011

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

-2-
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**Case No.: C10-1931 CRB**
P:\CLIENTS\PATCL\Valdez Painting\Pleadings\C10-1931 CRB Voluntary Dismissal 061311.DOC